FILED
NOV 1 2 2024
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **1:24CR165SEP-ACL** |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| JACOB LORIN DELLISKAVE, and | ) | Title 18, U.S.C. § 922(a)(5) and 371 |
| ALAYSIA L. HINES, | ) | Title 18, U.S.C. § 924(a)(1)(A) |
| | ) | |
| Defendants. | ) | Forfeiture Allegations |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

At all times material to this Indictment, neither Jacob Lorin Delliskave, nor Alaysia L. Hines, the defendants herein, were federally licensed firearms importers, licensed firearms manufacturers, licensed firearms dealers or licensed firearms collectors. (hereinafter referred to as an "FFL".)

## Count I

On or about May 24, 2024, in Cape Girardeau County, Missouri, in the Southeastern Division of the Eastern District of Missouri and elsewhere, Jacob Lorin Delliskave and Alaysia L. Hines, the defendants herein, did knowingly, willfully and intentionally conspire and agree together and with other persons known and unknown to the Grand Jury, for Jacob Lorin Delliskave who was not a FFL and resided in Missouri, to unlawfully transport or deliver a firearm across a state line to Alaysia L. Hines who was also not an FFL and resided in Illinois, and Jacob Lorin Delliskave knew or had reasonable cause to believe that Alaysia L. Hines resided in Illinois, and where one or more persons did an act to effect the object of the

conspiracy, namely Jacob Lorin Delliskave purchased a firearm in Missouri, with the intention to transport it to Missouri for delivery to Alaysia L. Hines in violation of Title 18, United States Code, Sections 371 and 922(a)(5) and punishable under Title 18, United States Code, Section 371.

## Count II

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 24, 2024, in Cape Girardeau County, Missouri, in the Southeastern Division of the Eastern District of Missouri, the defendant, Jacob Lorin Delliskave, knowingly made a false statement and representation to Academy Sports, a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, in Cape Girardeau Missouri, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Academy Sports, in that the defendant Jacob Loren Delliskave in filling out an ATF Form 4473, Firearms Transaction Record answered "yes" to question 21.a., which asked "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?", when he was not the actual transferee or buyer of the firearms, to wit; a Glock 19X, 9 mm pistol bearing serial number CDDH692, and a Taurus G3, 9 mm pistol bearing serial number AEJ689896, in violation of Title 18, United States Code, Section 924(a)(1)(A) and punishable under Title 18, United States Code, Section 924(a)(1).

## **FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section(s) 922(a)(3), 922(g)(1) or 924 (a)(1)(A) as set forth above, the defendant(s) shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation(s).

2. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

                                                                       TRUE BILL

                                                                       _____

                                                                       Foreperson

SAYLER A. FLEMING
United States Attorney

_____
Tim J. Willis, # 62428MO
Assistant United States Attorney